IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:22-CV-63-FL

| | |
|---|---|
| JACOB ALEXANDER HARVEY and AMBER NICOLE HERMAN, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) **ORDER GRANTING JOINT MOTION TO** ) **STAY ACTION PENDING ARBITRATION** ) |
| USAA CASUALTY INSURANCE COMPANY | ) ) ) |
| Defendant. | ) ) |

This matter having come before this Court on the parties' Joint Motion to Stay Action Pending Arbitration, and

It appearing to this Court that there is good cause for the granting of this Motion; and that the Motion should be allowed.

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**, and this matter is stayed pending completion of arbitration. The parties are DIRECTED to file a joint notice regarding the status of arbitration or other filing as warranted every 180 days from the date of this order, or upon completion of arbitration, whichever is earlier.

This, the 12th day of October, 2022.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE